**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6058**

DAVID K. WETHINGTON, SR.,

    Plaintiff - Appellant,

     v.

WALTER JOYNER,

    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:16-cv-00559-AWA-LRL)

Submitted:  June 20, 2017         Decided:  June 22, 2017

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David K. Wethington, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David K. Wethington, Sr., appeals from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wethington v. Joyner*, No. 2:16-cv-00559-AWA-LRL (E.D. Va. Dec. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*